UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMPIRE FIRE AND MARINE INSURANCE COMPANY, a corporation duly organized under the laws of the State of Oklahoma, with principal place of business in the State of Nebraska,<br><br>     Plaintiff,<br><br> v.<br><br>THAT'S NO BULL, a California corporation dba Nu Star Motors; LAURA PARTRIDGE, individually and as President of Laura Partridge Family, Inc. dba Creative Concepts; LAURA PARTRIDGE FAMILY, INC., a California corporation; JIM GILFILLAN, an individual; MIKE COZAKAS, an individual; and Does 1 through 50,<br><br>     Defendants. | CIV. S-05-308 GEB KJM<br><br><br><br><br><br><br><br><br>ORDER |

   At the status hearing held in this case July 11, 2005, it was determined the case is not ready to be scheduled.[1] Therefore, a further status conference is scheduled on September 19, 2005, at

---

[1] The Order to Show Cause was discharged at the hearing because of the congested nature of the Court's docket, but the parties were warned of the need to comply with Federal Rule of Civil Procedure 16 scheduling directives.

1

1  9:00 a.m.  A joint status conference report shall be filed no later
2  than September 6, 2005.[2]
3
4          IT IS SO ORDERED.
5  Dated:  July 11, 2005
6
7                                  /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

---

[2] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2