```
 1
 2
 3
 4
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
```

| | | |
|---|---|---|
| EMPIRE FIRE AND MARINE INSURANCE COMPANY, a corporation duly organized under the laws of the State of Oklahoma, with principal place of business in the State of Nebraska, | ) ) ) ) ) ) ) ) | 2:05-cv-00308-GEB-KJM <br><br> <u>ORDER RE SETTLEMENT AND DISPOSITION</u> |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| That's No Bull, a California corporation dba Nu Star Motors; Laura Partridge, individually and as President of Laura Partridge Family, Inc. dba Creative Concepts; Laura Partridge Family, Inc., a California corporation; Jim Gilfillan, an individual; and Mike Cozakas, an individual, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff's counsel recently notified chambers by telephone that this case is settled and requested that its pending motion for summary judgment be withdrawn.  Therefore, the parties have until 4:30 p.m. on November 30, 2005, to either file a document dismissing this action or a proposed order which could effect dismissal.  <u>See</u> L.R. 16-160(b).  Failure to respond by this deadline may be construed as

1

consent to dismissal of this action without prejudice and a dismissal order may be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").  Further, Plaintiff's motion for summary judgment scheduled to be heard November 21, 2005, is deemed withdrawn.

IT IS SO ORDERED.

Dated:  November 9, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge